| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Coogler, Lawrence S | 2. Court or Organization<br>Northern District of Alabama | 3. Date of Report<br>3/18/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>Active District Judge | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>786 Hugo L. Black Courthouse<br>1729 5th Ave. North<br>Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Tuscaloosa County Boys and Girls Clubs |
| 2. | Director | American Christian Academy |
| 3. | Director | FOCUS on Senior Citizens |
| 4. | Director | A Woman's Place - Drug Treatment Facility |
| 5. | Director | ████████ Homeowner's Association |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1999 | State of Alabamna, Retirement Systems - Retirement Account - I have no control over this account. |
| 2. | 1999 | State of Alabama, Retirement Systems - Deferred Compensation Account - I have no control over this account. |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Coogler, Lawrence S | 3/18/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Tuscaloosa County (County Supplement for being Circuit Judge). | $8,185.01 |
| 2. | 2003 | State of Alabama (Circuit Judge). | $47,907.80 |
| 3. | 2003 | University of Alabama (Teaching). | $2,666.64 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | ████████ Associates |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Tuscaloosa | Real Estate Mortgage (C&C Rental)(33rd) | K |
| 2. | Bank of Tuscaloosa | Real Estate Mortgage (C,C Rental) | K |
| 3. | Bank of Tuscaloosa | Real Estate Mortgage ( ████Rental)(Spbrk) | J |
| 4. | Compass Bank | Real Estate Mortgage ( ████Rental)(Captn) | K |
| 5. | Southtrust Mortgage/Principal Financial Mortgage | Real Estate Mortgage ████Rental) (Hhills) | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S | 3/18/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ASO Common Stock (Personal) | A | div. | J | T | | | | | |
| 2. CMED Common Stock (Personal) | | None | | | Sell | 07/22 | J | A | |
| 3. AURA Common Stock (Personal) | | None | J | T | | | | | |
| 4. SNV Common Stock (Personal) | A | div. | J | T | | | | | |
| 5. RK Common Stock (personal) | A | div. | J | T | | | | | |
| 6. Rental Property No. 1, Tuscaloosa, AL (███Spbr | C | Rent | L | W | | | | | |
| 7. Rental Property No. 2, Tuscaloosa, AL (███HH | D | Rent | M | W | | | | | |
| 8. Rental Property No. 3, Tuscaloosa, AL ███Cap | D | Rent | L | W | | | | | |
| 9. Coogler, Copeland & Dorroh Jnt. Venture 1/3 | D | Rent | L | W | | | | | |
| 10. Coogler & Copeland, Jnt. Venture RE(CK) 1/2 | C | Rent | K | W | | | | | |
| 11. Coogler & Copeland, Jnt. Venture (33 ave) 1/2 | C | Rent | K | W | | | | | |
| 12. Coogler & Copeland, Jnt. Venture RE (17 ave) 1/2 | A | Rent | K | W | Sell | 3/20 | L | C | Denny Watkins |
| 13. Checking Account #1 Bank of Tuscaloosa | | None | J | T | | | | | |
| 14. Checking Account #2 Bank of Tuscaloosa | | None | J | T | | | | | |
| 15. Savings Account - Compass Bank | A | Interest | L | T | | | | | |
| 16. Checking Account - Southtrust Bank | | None | J | T | | | | | |
| 17. Money Market Account #1 - Bank of Tuscaloosa | A | Interest | K | T | | | | | |
| 18. Money Market Account - TD Waterhouse ███ | A | Interest | J | T | | | | | |



1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S | 3/18/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Money Market Account - TD Waterhouse | A | Interest | J | T | | | | | |
| 20. Money Market Account - TD Waterhouse | A | Interest | J | T | | | | | |
| 21. Money Market Account - TD Waterhouse | A | Interest | J | T | | | | | |
| 22. Checking Account- Life Insurance Trust - Bank of Tuscaloosa | | None | J | T | | | | | |
| 23. ASO Common Stock | A | Dividend | J | T | | | | | |
| 24. SOTR Common Stock | A | Dividend | J | T | | | | | |
| 25. CMED Common Stock | | None | | | Sell | 07/22 | J | A | |
| 26. SNV Common Stock | A | Dividend | J | T | | | | | |
| 27. AURA Common Stock | | None | J | T | | | | | |
| 28. ASO Common Stock | A | Dividend | J | T | | | | | |
| 29. SOTR Common Stock | A | Dividend | J | T | | | | | |
| 30. CMED Common Stock | | None | | | Sell | 07/22 | J | A | |
| 31. SNV Common Stock | A | Dividend | J | T | | | | | |
| 32. AURA Common Stock | | None | J | T | | | | | |
| 33. ASO Common Stock | A | Dividend | J | T | | | | | |
| 34. SOTR Common Stock | A | Dividend | J | T | | | | | |
| 35. AURA Common Stock | | None | J | T | | | | | |
| 36. SNV Common Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S | 3/18/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. CMED Common Stock( ) | | None | | | Sell | 07/22 | J | A | |
| 38. Real Estate Rental, Sherwood East, Ltd. 1/12 | | None | J | U | | | | | |
| 39. Notes Receivable, PTS, Inc. | | None | J | T | | | | | |
| 40. Notes Receivable, PTS, Inc. | | None | J | T | | | | | |
| 41. Notes Receivable, PTS, Inc. | | None | J | T | | | | | |
| 42. Notes Receivable, PTS, Inc. | | None | J | T | | | | | |
| 43. IRA ( - American Funds New Perspective Fund CLA | | None | J | T | | | | | |
| 44. 401K - Principal Financial Group | | None | J | T | | | | | |
| 45. 401K - Regions Retirement Services | | None | K | T | | | | | |
| 46. Prepaid College Tuition Plan, State of Alabama | | None | J | W | | | | | |
| 47. Prepaid College Tuition Plan, State of Alabama | | None | J | W | | | | | |
| 48. Prepaid College Tuition Plan, State of Alabama | | None | J | W | | | | | |
| 49. Deferred Compensation Account - State of Alabama RSA-1 | | None | K | T | | | | | |
| 50. Real Estate, IHOP, LLC., Tuscaloosa, AL 40% | D | K-1 | L | U | | | | | |
| 51. Real estate Comprop #2 LLC., Tuscaloosa, AL | E | K-1 | | | Sell | 5/5 | L | A | Walker, Spivey, & J. Dorroh |
| 52. Money Market Account #3, Bank of Tuscaloosa | A | Interest | J | T | | | | | |
| 53. Money Market Account #4, Bank of Tuscaloosa | A | Interest | J | T | | | | | |
| 54. Money Market Account #5, Bank of Tuscaloosa | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

|  |  | (2) |  |  |  | f | disclosure |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | (2) |  |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Coogler, Lawrence S | 3/18/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Note:

The prepaid tuition plans are state plans that I have no control over. They are valued at their cost.

The incomes listed for the LLC's and the Ltd are K-1 incomes. The values for these assets are stated at my ownership percentage.

The Retirement Account listed as the last Investment in Section VII constitutes the funds that are available to me due to my payments into my State of Alabama Retirement. When I resigned from the State of Alabama, those funds became available to me. I have chosen to leave those funds with the State of Alabama Retirement Systems and draw interest on those funds. Before I resigned, the retirement account was an obligation of the State of Alabama Retirement Systems to pay a percentage of my salary once I reached retirement age.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████

Date____3-18-04____

NOTE: ANY INDIVIDUAL WHO KNO███████Y AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMIN██████NCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544